IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OCTAVIUS KNIGHT,

    Appellant,

v.

OKALOOSA COUNTY
SHERIFF'S OFFICE,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-183

Opinion filed May 8, 2017.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Octavius Knight, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.